**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-80433-CIV-CANNON**

**NIKOLAY CHEBUNIN, *et al.***,

Plaintiffs,

v.

**MARKWAYE MULLIN, JOSEPH B. EDLOW,**
and **TODD BLANCHE**,

Defendants.
_______________________________________/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal without Prejudice, filed on June 8, 2026 [ECF No. 9]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiffs prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against all Defendants, effective June 8, 2026, the date on which Plaintiffs filed the Notice of Voluntary Dismissal [ECF No. 9]. The Clerk of Court shall **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 9th day of June 2026.

_______________________________
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record